Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−17982−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Osama A Khalil
   840 Mountain Avenue
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−1494

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/22/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-17982-RG

Osama A Khalil                                                                              Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 23, 2020 | Form ID: 148 | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Osama A Khalil, 840 Mountain Avenue, Springfield, NJ 07081-3438 |
| r | + | SIgnuture Realty NJ, LLC, 120 Morris Avenue, Springfield, NJ 07081-1328 |
| 518879229 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518879231 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 518879232 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518879233 | | GM financial, P.O Box 183834, Newark, NJ 07112 |
| 518879235 | #+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |
| 518879236 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518879239 | + | Union County Sheriff's Office, Foreclosure Unit, 10 Elizabethtown Plaza, Elizabeth, NJ 07202-3451 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518879228 | | EDI: BANKAMER.COM | Oct 24 2020 01:23:00 | Bank of America, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 518901878 | | EDI: BANKAMER.COM | Oct 24 2020 01:23:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518879230 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 23 2020 22:40:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 518879234 | + | EDI: IRS.COM | Oct 24 2020 01:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518929243 | | EDI: JPMORGANCHASE | Oct 24 2020 01:23:00 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ1-1004, Phoenix, AZ 85038 |
| 518879237 | | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, Po Box 41067, Norfolk, VA 23541 |
| 518879238 | | Email/Text: DASPUBREC@transunion.com | Oct 23 2020 22:37:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 518879240 | + | EDI: AIS.COM | Oct 24 2020 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 23, 2020 | Form ID: 148 | Total Noticed: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518895680 | *+ | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian S Fairman | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkecfinbox@aldridgepite.com BSF@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Osama A Khalil michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6